**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: __Fleming__          __Shunki__         __E__
         (Last)              (First)        (Middle Initial)

Prisoner Number: __BK2057__

Institutional Address: __P.O. Box 3030 Susanville, CA, 96127__

FILED
Sep 30 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

__Shunki E. Fleming__
(Enter your full name.)

vs.

__Pelican Bay State Prison__

(Enter the full name(s) of the defendant(s) in this action.)

Case No. __3:25-cv-8290-SK__
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __HDSP__

B. Is there a grievance procedure in this institution? YES ☑ NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? YES ☑ NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: __HDSP-698090 and PBSP-700303__

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: No Response was forwarded to outside investigative department.

3. Second formal level: Was met w/ via video call w/ someone from O.I.A. and have heard nothing since.

4. Third formal level: This investigation could take years to ~~SF~~ finnish and I only have a year to file for civil action.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☑   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

This situation took place over the course of multiple days so I filled out a grievance on 1-18-24 concerning wat took place on 1-17-24 and on 1-19-24 staff threw away my grievance and the Letter I had prepared to sent to O.I.A..

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Shunki Fleming CDC# BK2057. Susanville, CA. 96127 - PO Box 3030

B. For each defendant, provide full name, official position and place of employment.

I dont Remember everyones name involved, but I ~~SF~~ Remember they're official positions and only two CO's Last names and thats C.O. Reach (the male) and C.O. Sanchez there was one Sgt and Lt on 1.17.24 that was involved and other floor staff, and for the situation that took place on 1.19.24 the Regular Sgt his name start with an S, and Reach (the male) and other floor staff. 2nd watch

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 1-17-24 I was pulled out of my cell for medical and upon my return to my cell the staff wanted to take my wheelchair, and I couldn't walk at all so I refused to move. They wanted me to crawl out of my chair onto the floor and into my cell. I needed my chair to be mobil in the cell, and thats what I tried communicating. The sgt working that day then went to the front of my chair and fliped it backward causing me to slam the back of my head on the floor they then pulled my leg restraints wich were cuffed to my ancles, and draged me in my cell were the sgt, and three other CO's kicked and beat me. The sgt pushed all his weight down on my head while the other floor staff beat me. I had my head facing the door so I seen the Lt come to the doorway and watch then he told them to take me to medical to get cleared for a write up. On 1.19.24 is when CO Reach and the regular sgt lied and said I was unresponsive then ran in my cell CO Reach hit me in my face w/ the sheild I couldn't walk so it was unnessasary they seen my grievance and letter to O.I.A. and the sgt told them throw it away.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Emotional disstress, pain and suffering (2 million $)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 9-18-25

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3