Shunki Fleming #BK2057
HDSP,
P.O.Box 3030, Susanville,
CA, 96127

RECEIVED
SEP 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RENO NV 894
23 SEP 2025 PM 1 L

1775

**HIGH DESERT STATE PRISON**

Northern District Court
1301 Clay St, Oakland, CA,
94612

4612-520001

9/18/25 VEGA 1013OD